IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERON EVANS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 19-3839** |
| | : | |
| **GEORGE W. HILL** | : | |
| **CORRECTIONAL FACILITY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 27th day of August 2019, upon considering Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **GRANT** Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) under 28 U.S.C. § 1915;

2. The Complaint (ECF Doc. No. 2) is **filed**;

3. We **DISMISS** the Complaint (ECF Doc. No. 2) **without prejudice** for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff may file an amended complaint on or before **September 26, 2019** which identifies all defendants in the caption of the amended complaint stating the basis for Plaintiff's claims against each defendant. Defendants who are not named in the caption will not be defendants. When drafting his amended complaint, Plaintiff should be mindful of our reasons for dismissing his claims in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk of Court shall not direct service until further Order;

5. The Clerk of Court shall send Plaintiff a blank copy of the Court's form complaint to be used by a *pro se* plaintiff bearing the above civil action number. Plaintiff may use this form to file his amended complaint if he chooses to do so; and,

6. We may dismiss this case for failure to prosecute without further notice if Plaintiff fails to timely comply with this Order.

KEARNEY, J.